LILLIAN LUCIANO et al., Appellants, v. BELLA ACKERMAN, as Administratrix of the Estate of LOUIS ACKERMAN, Deceased, Respondent.—

No opinion. Latham, J., Christ, Brennan and Benjamin, JJ., concur. Martuscello, Acting P. J., dissents and votes to reverse the judgment and grant a new trial, on the ground that

plaintiffs made out a prima facie case on the issue of liability sufficient to require submission of the issue to the jury.